

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00402-CV

———————————————

IN RE DANIEL L. RATLIFF AND CONNIE L. RATLIFF, Relators

---

Original Proceeding
Trial Court No. 2019-006995-1

---

Before Gabriel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  October 31, 2019